UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:

    CAMPBELL, JOSHUA DEAN           CASE NO. 09-32119
                                                      CHAPTER 7

DEBTOR(S)

TRUSTEE'S REPORT TO THE CLERK

The Trustee herein having filed her Request to Close, and 90 days having passed since payment of final dividend or since final distribution herein was made, she now reports that she has the following unclaimed funds and submits them herewith to the Clerk pursuant to 11 U.S.C. Section 347(a):

| Claim # | Creditor | Dividend Amount |
|---|---|---|
| 5 | Hudson & Keyse, LLC<br>Assignee of CitiBank, NA, P O Box 1090<br>Mentor, OH 44061 | $1,285.29 |

/s/ Ann Mostoller
Ann Mostoller, # 001146
Trustee
Bankruptcy Trustee, 136 S. Illinois Ave.,
Ste 104
Oak Ridge, TN  37830
(865) 482-4466